IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SHOREGOOD WATER COMPANY, INC., et al. | : | |
| | : | |
| v. | : | CIVIL NO. RDB 08-2470 |
| | w     : | |
| U.S. BOTTLING COMPANY, et al. | | |
| | : | |

## O R D E R

Presently pending is the Plaintiffs' Motion to Disqualify Counsel for the Defendants (Paper #22). As the Defendants have filed a Motion to Dismiss Plaintiffs' derivative claims (Paper #20) which remains pending, the subject motion to disqualify is premature.

Accordingly, it is hereby ORDERED, this 6th day of February, 2009, that Plaintiff's Motion to Disqualify Counsel (Paper #22), is DENIED WITHOUT PREJUDUCE, at this time.


/s/_____
Richard D. Bennett
United States District Judge