# *FILED SEPARATELY SHEET*

Civil Docket No.   RDB 08-2470

Criminal Docket No.

## *FILED SEPARATELY*

- ☐ Answer
- ☐ Answer and attachment(s)
- ☐ Attachment(s)
- ☐ Exhibit(s) -
- ☐ Motion:
- ☐ Sealed
- ☐ Transcript of Proceedings before the Court on
- ☐ Transcript of Proceedings before HHS
- ☐ Deposition of taken on
- ☐ Other  **First Amended Counterclaims filed by William G. Voelp and John David Cecil**

## *MARGINAL ORDER*

For Pleading No.

See Pleading No.