IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SHOREGOOD WATER                    *
COMPANY, INC., *et al*.,

    Plaintiffs,                     *

      v.                          *        Civil Action No. RDB 08-2470

U.S. BOTTLING COMPANY, *et al.*,   *

    Defendants.                     *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

UPON CONSIDERATION of the Consent Motion to Extend Discovery and Modify the Scheduling Order (Paper No. 86), it is this 17th day of February 2010:

ORDERED that the Consent Motion to Extend Discovery and Modify the Scheduling Order (Paper No. 86) is GRANTED; and it is further

ORDERED that the Scheduling Order shall be Modified as follows:

| | |
|---|---|
| Moving for joinder of additional parties and amendment of pleadings | Apr. 30, 2010 |
| Plaintiff's Rule 26(a)(2) disclosures <u>re</u> experts | May 14, 2010 |
| Defendant's Rule 26(a)(2) disclosures <u>re</u> experts | June 15, 2010 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures <u>re</u> experts | July 1, 2010 |
| Rule 26(e)(2) supplementation of disclosures and responses | July 15, 2010 |
| Discovery deadline; submission of status report | Aug. 2, 2010 |
| Requests for admission | Aug. 16, 2010 |
| Motions deadline | Sept. 1, 2010 |

Pretrial conference                                          Oct. 25, 2010
(Chambers 5D)                                                at 4:30 p.m.

Bench trial (4 days)                                         Nov. 1, 2010
(Courtroom 5D)                                               at 9:30 a.m.


/s/_____
Richard D. Bennett
United States District Judge