IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (BALTIMORE DIVISION)

| | | |
|---|---|---|
| SHOREGOOD WATER COMPANY, INC. *et al.*, | * | |
| PLAINTIFFS, | * | |
| v. | * | CASE NO. 1:08-CV-02470-RDB |
| US BOTTLING COMPANY, *et al.*, | * | |
| DEFENDANTS. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**AMENDED CERTIFICATE OF SERVICE FOR ANSWER TO AMENDED COUNTERCLAIMS.**

I hereby certify that copies of the Answers of Dennis Kellough, Bonnie Kellough and ShoreGood Water Company to the First Amended Counterclaims filed by William G. Voelp and John David Cecil (Docket Entries 98 and 99) together with a copy of this Amended Certificate of Service were served *via* electronic mail as agreed by the parties on May 13, 2010.

Mr. John David Cecil
329david@comcast.net

Mr. John T. Cecil, Jr.
jceciljr@aol.com

Mr. William G. Voelp
bill@voelpfamily.com

The Image Makers, Ltd.
c/o its Resident Agent:
J. David Cecil
329david@comcast.net

US Bottling Company
c/o its Resident Agent:
William G. Voelp
bill@voelpfamily.com

　　　　　/s/ Andrew L. Cole
Ralph Arnsdorf, Fed. Bar No. 03973
Andrew L. Cole, Fed. Bar No. 14865
Franklin & Prokopik, P.C.
The B&O Building
Two N. Charles St., Suite 600
Baltimore, MD 21201
Tel:  (410) 752-8700
Fax:  (410) 752-6868
rarnsdorf@fandpnet.com
acole@fandpnet.com

*Attorneys for Plaintiffs*