IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SHOREGOOD WATER COMPANY, INC., *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. RDB 08-2470 |
| U.S. BOTTLING COMPANY, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM ORDER

On February 9, 2010, this Court entered a Memorandum Order (Paper No. 87) granting in part and denying in part, Defendant William G. Voelp's Motion for Appointment of Receiver for U.S. Bottling Company, The Image Makers, Ltd., and ShoreGood Water Company. Under this prior Order, James P. Nolan, Esquire, of the firm Council, Baradel, Kosmerl & Nolan, PA, was appointed as a receiver for U.S. Bottling Company, Inc., and The Image Makers, Ltd.

On July 7, 2010, this Court held a telephone conference on the record with the individual *pro se* Defendants, Receiver James Nolan, and counsel for the Plaintiffs to resolve certain pending motions and issues in this case. For the reasons stated on the record, this Court hereby releases Mr. Nolan from his role as a receiver in this matter.

Mr. Nolan represented during the telephone conference that he has incurred approximately $3,000 in legal fees for the work he has performed to date on this matter. Mr. Nolan's fees have been calculated under the guidelines regarding hourly rates set forth in Section 3 of Appendix B to the Local Rules of this Court, and Mr. Nolan will submit to this Court supporting documentation in accordance with these guidelines. To ensure that Mr. Nolan is

properly reimbursed, Plaintiffs, together as a group, shall post $1,500 to this Court's registry by July 31, 2010.  Likewise, Defendants, together as a group, shall post $1,500 to this Court's registry by July 31, 2010.  The $3,000 will remain in this Court's registry pending resolution of this case, at which time Mr. Nolan may obtain reimbursement.

IT IS HEREBY SO ORDERED, this 8th day of July, 2010.

/s/ _____
Richard D. Bennett
United States District Judge