IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SHOREGOOD WATER COMPANY, INC., et al. | * | |
| | * | |
| Plaintiffs | | |
| | * | |
| v. | | |
| | * | |
| U.S. BOTTLING COMPANY, et al. | | |
| | * | |
| Defendants | * | CASE NO. 1-08-CV-02470-RDB |

**************************************************************************

## ENTRY OF APPEARANCE

Please enter the appearance of Jason E. Rheinstein, Esq. as the attorney for US Bottling Company, in the above-captioned case.

      /s/ Jason E. Rheinstein
Jason E. Rheinstein
Federal Bar No.: 28433
JER Consulting, LLC
P. O. Box 1369
Severna Park, Maryland 21146
410-647-9005
**Attorney for Defendant,
US Bottling Company**

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of December, 2010, a copy of the foregoing Entry of Appearance was served electronically via the Court's ECF system upon:

Andrew L. Cole, Esquire
acole@fandpnet.com

Michael P. Darrow, Esquire
mpd@hbdlaw.com

Brian D. Lyman, Esquire
bdl@hbdlaw.com

William G. Voelp
bill@voelpfamily.com

      /s/ Jason E. Rheinstein
Jason E. Rheinstein